IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MORTON GROVE PHARMACEUTICALS, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 04 C 6668 |
| v. | ) ) | Hon. J. B. Gottschall |
| BIOMARIN PHARMACEUTICAL INC., MEDICIS PHARMACEUTICAL CORP., and ASCENT PEDIATRICS, INC. | ) ) ) ) ) | Magistrate Judge Levin<br><br>JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

**FILED DEC 14 2004 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

**DOCKETED DEC 15 2004**

### RULE 41(a)(1)(ii) STIPULATION
### OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Morton Grove Pharmaceuticals, Inc. ("MGP"), by and through its authorized undersigned counsel, and Defendants, by and through their authorized undersigned counsel, stipulate to the dismissal without prejudice of Plaintiff's Amended Complaint for Declaratory Judgment against Defendants Biomarin Pharmaceutical Corp., Medicis Pharmaceutical Corp. and Ascent Pediatrics, Inc.

It is further stipulated by the parties that any future litigation concerning patents owned or controlled by Defendants and the Morton Grove Pharmaceutical's product that is the subject of Plaintiff's complaint shall be brought in the United States District Court for the Northern District of Illinois, and no other court.



STIPULATED TO:

MORTON GROVE PHARMACEUTICALS, INC.

By: *Natalie Mitchell*
      One of its Attorneys

George C. Lombardi
W. Gordon Dobie
John E. Mooney
Natalie G. Mitchell
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

BIOMARIN PHARMACEUTICAL
INC., MEDICIS PHARMACEUTICAL
CORP., and ASCENT PEDIATRICS,
INC.

By: _____
      One of their Attorneys

G. Eric Davis
Corporate Counsel
BioMarin Pharmaceutical Inc.
~~371 Bel Marin Keys Boulevard, Suite 210~~ 105 Digital Drive
Novato, California 94949